ORDERED.

Dated: July 17, 2019

Caryl E. Delano
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

MARY ANN WALLACE                                              Case No. 9:19-bk-04307-FMD

_____Debtor._____/

**ORDER APPROVING APPLICATION TO EMPLOY COUNSEL FOR TRUSTEE (Doc #8)**

**THIS CAUSE** came on for consideration without hearing upon an Application to Employ Counsel filed by the Trustee in the above-captioned Chapter 7 case. The Court has considered the Application, together with the record, and finds that the Application seeks to employ Robert E. Tardif Jr., P.A., as counsel for the Trustee. As no notice of hearing on the Application should be given, and attorneys of the above-named law firm are duly admitted to practice in this Court, this Court is satisfied that the employment is necessary and would be in the best interest of the estate, and that the case is one justifying the employment of said attorneys under a general retainer and it is, therefore

**ORDERED, ADJUDGED and DECREED** that the Application be and the same is hereby approved, and it is further

**ORDERED, ADJUDGED and DECREED** that the Trustee be, and he is hereby authorized to employ Robert E. Tardif Jr., P.A., under a general retainer and to the amount of compensation of counsel shall be determined by Order of this Court upon properly submitted application for allowance filed in compliance with Bankruptcy Rule 2016. Compensation will be determined later in accordance with 11 U.S.C. §330.

Trustee, Robert E. Tardif Jr., is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days entry of the Order.